# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROBYN BROOKER, on Behalf of Herself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>v.<br><br>NETWORK ENGINES, INC., GREGORY A. SHORTELL, JOHN A. BLAESER, FONTAINE K. RICHARDSON, GARY E. HAROIAN, CHARLES A. FOLEY, PATRICIA C. SUELTZ, UNICOM SYSTEMS, INC., and UNICOM SUB TWO, INC.,<br><br>        Defendants. | Case No. 1:12-cv-11479-RGS<br><br>Class Action |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Robyn Brooker ("Plaintiff") hereby dismisses the above-captioned action with prejudice, with each party to bear its own costs, and with all rights of appeal being waived. On September 11, 2013, Chancellor Leo E. Strine, Jr. of the Delaware Chancery Court granted final approval of a parallel proceeding in an action captioned *In re Network Engines, Inc. Shareholder Litigation*, C.A. 7650-CS (the "Delaware Action"). *See* Exhibit A (Order and Final Judgment). Plaintiff and her counsel took an active role in the Delaware Action and have agreed to be bound by the outcome in the Delaware Action.

Dated: September 13, 2013

Respectfully submitted,

HUTCHINGS, BARSAMIAN, MANDELCORN
& ZEYTOONIAN, LLP

/s/Theodore M. Hess-Mahan
THEODORE M. HESS-MAHAN
BBO #557109
110 Cedar Street, Suite 250
Wellesley Hills, MA 02481
Telephone: (781) 431-2231
Facsimile: (781) 431-8726
thess-mahan@hutchingsbarsamian.com

ROBBINS ARROYO LLP
BRIAN J. ROBBINS
STEPHEN J. ODDO (admitted *pro hac vice*)
EDWARD B. GERARD
JUSTIN D. RIEGER
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsarroyo.com
soddo@robbinarroyo.com
egerard@robbinsarroyo.com
jrieger@robbinsarroyo.com


THE BRISCOE LAW FIRM, PLLC
WILLIE BRISCOE
8150 North Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: (214) 239-4568
Facsimile: (214) 254-7789
wbriscoe@thebriscoelawfirm.com

- 3 -

>POWERS TAYLOR LLP
>ZACHARY M. GROOVER
>8150 N. Central Expressway, Suite 1575
>Dallas, TX 75206
>Telephone: (214) 239-4565
>Facsimile: (214) 550-2635
>zach@powerstaylor.com
>*Attorneys for Plaintiff Robyn Brooker*

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 13, 2013.

>**/s/Theodore M. Hess-Mahan**
>Theodore M. Hess-Mahan